# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARA ZARZECKI, Administratrix of the Estate of Stanley J. Zarzecki and CARA ZARZECKI, individually and in her own right | : : : : : | CIVIL ACTION NO. 11-cv-03308 |
| Plaintiffs | : : | |
| vs. | : : | |
| WALNUT PARK PLAZA, LLC; EQUITY MANAGEMENT II, LLC; CLEARWIRE US, LLC; and CLEAR WIRELESS, LLC; | : : : : | |
| Defendants | : : | |
| Clearwire US, LLC and Clear Wireless, LLC | : : : | |
| Third-Party Plaintiffs | : : | |
| vs. | : : | |
| Excalibur Communications, Inc. | : : | |
| Third-Party Defendant. | : : | |

## CLEARWIRE'S ANSWER TO CROSSCLAIM OF DEFENDANTS
## WALNUT PARK PLAZA, LLC AND EQUITY MANAGEMENT II, LLC

Defendants Clearwire US, LLC and Clear Wireless, LLC (collectively, "Clearwire"), by and through their undersigned counsel, hereby respond to the crossclaim of Defendants Walnut Park Plaza, LLC and Equity Management II, LLC ("Crossclaim").

1. Clearwire incorporates by reference its Amended Answer to Complaint [Dkt. No. 6], as if fully set forth herein.

2. Denied. The allegations of paragraph 2 of the Crossclaim constitute conclusions of law to which no response is required.

3. Denied. The allegations of paragraph 3 of the Crossclaim constitute conclusions of law to which no response is required.

4. Denied. The allegations of paragraph 4 of the Crossclaim constitute conclusions of law to which no response is required.

5. Denied. The allegations of paragraph 5 of the Crossclaim constitute conclusions of law to which no response is required.

WHEREFORE, Clearwire respectfully request that this Court enter judgment in its favor and against Plaintiffs, and, to the extent necessary, in its favor and against co-defendants Walnut Park Plaza, LLC and Equity Management II, LLC, and that costs and fees be assessed against Plaintiffs and/or co-defendants Walnut Park Plaza, LLC and Equity Management II, LLC, and further request such other relief, together with costs, disbursements, and attorneys' fees, as the Court deems just and proper.

        Montgomery, McCracken,
         Walker & Rhoads, LLP

By: /s/ John G. Papianou
    John G. Papianou (Pa. Id. 88149)
    123 South Broad Street, 24th Floor
    Philadelphia, PA 19109
    Tel:   (215) 772-1500
    Fax:  (215) 772-7620

    Attorneys for Defendants
    CLEARWIRE US, LLC
    CLEAR WIRELESS, LLC

**CERTIFICATE OF SERVICE**

I certify that on June 28, 2011, I filed the foregoing Answer using the Court's CM/ECF system, which will send e-mail notification of the filing to all counsel of record. These documents are available for viewing and downloading via the CM/ECF system.

I further certify that on June 28, 2011, I served the foregoing Answer by U.S. Mail on the following:

>Harry Smith/Jason Smith
>Excalibur Communications, Inc.
>460 Green Tree Road, Suite 4-B
>Sewell, New Jersey 08080


/s/ John G. Papianou